# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

February 22, 2024

**VIA ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   **Kevin Yan Luis v. Jaxxon, LLC - Case No. 1:23-cv-09620-AS**

To the Honorable Judge Arun Subramanian,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the initial conference currently scheduled for March 1, 2024 pursuant to Your Honor's Order dated January 17, 2024 (Docket #7).  Plaintiff also respectfully requests an extension of time to serve the Defendant.  Plaintiff made attempts to reach the Defendant via phone and email.  Multiple attempts were made to serve the Defendant at their business address, but the process server was informed that the company has moved.  Currently the Summons and Complaint is out for service to the Secretary of State.  Plaintiff respectfully request an extension of time to March 7, 2024 to serve the Defendant to give the process server an opportunity to execute service and return the proof of service to the Plaintiff.  Plaintiff also respectfully requests the initial pre-trial conference be adjourned thirty (30) days from March 1, 2024 to April 1, 2024 or some date thereafter that is convenient for the Court and Your Honor. This is the first time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*

Application GRANTED. The March 1, 2024 conference is rescheduled to **April 5, 2024 at 1:30 PM**.

The Clerk of Court is directed to terminate the motion at ECF No. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 23, 2024