UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>JAXXON LLC,<br><br>       Defendant. | 23-CV-9620 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff has represented by affidavit that it served defendant on May 6, 2024, making the answer deadline May 28, 2024. Now that the deadline has passed, plaintiff must move for a default judgment against defendant by **June 28, 2024**. Default-judgment procedures are described in Paragraph 8.L of the Court's Individual Practices in Civil Cases. If plaintiff fails to move for a default judgment by that date or otherwise update the Court on the status of the case, the case will be dismissed without prejudice for failure to prosecute.

  SO ORDERED.

Dated: June 12, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge