**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**KEVIN YAN LUIS**, on behalf of himself
and all others similarly situated,

                Plaintiff,

-against-

**JAXXON LLC**

                Defendant.
-------------------------------------------------------x

Case No.: 1:23-cv-09620-AS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE WITHOUT COSTS**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
        July 8, 2024

                Respectfully Submitted,

                */ s / Noor A. Saab, Esq.*
                *Attorney for Plaintiff*
                The Law Office of Noor A. Saab
                380 North Broadway, Penthouse West
                Jericho, New York 11753
                Tel: 718-740-5060
                Email: noorasaablaw@gmail.com